# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR DRUMMER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-08648-SAB<br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br>**FOURTEEN-DAY DEADLINE** |

On October 19, 2026, Plaintiff Jamar Drummer, proceeding *pro se*, filed a complaint along with a motion to proceed *in forma pauperis*. (ECF Nos. 1, 2.) On October 21, 2026, the Court screened the application and found that it was unable to determine whether Plaintiff was entitled to proceed without prepayment of fees. (ECF No. 3.) Thus, the Court ordered Plaintiff to either fill out and return a "long form" application or pay the filing fee within twenty-one days. (Id.) The Court admonished Plaintiff that failure to comply with the October 21, 2026 order may result in dismissal of the action. (Id.) The deadline has passed, and Plaintiff has failed to file a long form application or pay the filing fee.

Accordingly, Plaintiff shall be ordered to show cause in writing why the action should not be reassigned to a district judge with a recommendation that this action be dismissed. The Court will also allow Plaintiff a final opportunity to either fill out and return a "long form" application or pay the filing fee within fourteen days of receiving this order, which the Court will duly consider.

It is HEREBY ORDERED that:

1. Within **fourteen (14) days** from the date of service of this order Plaintiff shall show cause in writing why the action should not be reassigned to a district judge with a recommendation that this matter be dismissed;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
3. Within **fourteen (14) days** from the date of service of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and
4. Failure to comply with this order will result in the issuance of a recommendation to dismiss this action.

IT IS SO ORDERED.

Dated: **November 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge